IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW HALL,<br><br>Defendant. | CASE NO. 2:19-CR-0107 KJM<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS CHARGES AS TO MATTHEW HALL PURSUANT TO RULE 48(a) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and based upon the motion filed by the United States and the attached Exhibit A, the Court finds it is in the interests of justice to grant the government's motion and, therefore, IT IS HEREBY ORDERED that the pending criminal charges in Case No. 2:19-CR-0107 KJM against defendant Matthew Hall are hereby DISMISSED without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED.

DATED: October 21, 2019.

_____
UNITED STATES DISTRICT JUDGE